NO. 07-02-0531-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL E

APRIL 14, 2003

_____


BALDEMAR OLIVARES JIMENEZ, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_____

FROM THE 251ST DISTRICT COURT OF RANDALL COUNTY;

NO. 13,525-C; HONORABLE PATRICK A. PIRTLE, JUDGE

_____

Before QUINN and REAVIS, JJ., and BOYD, S.J.[1]


On October 22, 2002, appellant Baldemar Olivares Jimenez was found guilty of the offense of delivery of a controlled substance in an amount of four grams or more but less than 200 grams. His punishment was assessed at ten years confinement in the

---

[1]John T. Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by assignment. Tex. Gov't Code Ann. §75.002(a)(1) (Vernon Supp. 2003).

Institutional Division of the Texas Department of Criminal Justice and a fine of $2,000. He gave timely notice of appeal from his conviction.

We have now received appellant's motion to be allowed to withdraw his notice of appeal and to dismiss the appeal. His attorney has joined in the motion. Because appellant's motion meets all the requirements of Texas Rule of Appellate Procedure 42.2(a) and this court has not delivered its decision prior to receiving appellant's motion, it is hereby granted.

Having dismissed the appeal at appellant's request, no motions for rehearing will be entertained and our mandate will issue forthwith.

John T. Boyd
Senior Justice

Do not publish.

2